IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID EARL WALKER,**<br><br>                                          Plaintiff,<br><br>v.<br><br>**CORRECTIONAL SERGEANT K. CLEMENT, et al.,**<br><br>                                          Defendants. | NO. 2:04-CV-1671 GEB KJM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

Defendants' first request for an extension of time to file an opposition to Plaintiff's motion to compel was considered by the Court, and good cause appearing, Defendants' request is granted.

IT IS HEREBY ORDERED that Defendants' opposition to Plaintiff's motion to compel shall be filed by January 20, 2006.

DATED: January 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1