IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL WALKER,

      Plaintiff,                      No. CIV S-04-1671 GEB KJM P

    vs.

K. CLEMENT, et al.,

      Defendants.              ORDER

        Defendants have requested an extension of time to comply with this court's August 9, 2006 order. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' August 22, 2006 request for an extension of time is granted; and

        2. Defendants are granted until September 1, 2006 to comply with this court's August 9, 2006 order.

DATED: August 23, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

1
walk1671.36