IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL WALKER,

      Plaintiff,                2:04-cv-1671-GEB-KJM-P

   vs.

K. CLEMENT, et al.,

      Defendants.       ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On August 9, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.[1]

---

[1] Pursuant to petitioner's objections, the court acknowledges that materials before the court suggest that the incident at issue in this action occurred on January 30, 2004, not January 20, 2004 as indicated by the magistrate judge in her findings and recommendations. See Compl. at 6:16. Also, it appears that all references to defendant Trullinger in Section I. C. 1. of the findings and recommendations should be to defendant Simmerson.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 9, 2006, are adopted in full; and

2. Defendants' February 24, 2006 motion for summary judgment is denied.

Dated: September 18, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2