

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
OCT - 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

USA,

v.

**DARNELL FOSTER ,**

**WARRANT FOR ARREST**

Case Number: **2:05–CR–00125–MCE**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **Darnell Foster ,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     ☒ Violation Petition     ☐ Other

charging him or her with (brief description of offense)

**Probation Violation**

in violation of Title **18**     United States Code, Section(s) **3606**

| | |
|---|---|
| L. Reader | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ | 8/25/06     Sacramento |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at  $ NO BAIL | by   Judge Morrison C. England Jr. |

---

### RETURN

This warrant was received and executed with the arrest of the above–named defendant

| | |
|---|---|
| 10/2/06 | Tim McCollum DUSM #2410 |
| Date Received | Name and Title of Arresting Officer |
| 10/2/06 | Tim McColl |
| Date of Arrest | Signature of Arresting Officer |