IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL WALKER,

    Plaintiff,                          No. CIV S-04-1671 GEB KJM P

   vs.

K. CLEMENT, et al.,

    Defendants.                    <u>ORDER</u>

_____/

        Defendants submitted documents for <u>in camera</u> review on September 1, 2006. Based on a review of the documents, and good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants shall produce to plaintiff, within ten days of this order, the documents identified as Attachments 1-6 in defendants' September 1, 2006 "Notice of Submission Of Documents . . ."

                a. Defendants shall redact the following from these documents:

                      i. Any social security numbers and any other confidential personal information found in the documents (as required by Local Rule 39-140(a)); and

/////

1

<␊</␊</␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊<␊

                ii. The names of the inmates listed as witnesses in the "Office of Internal Affairs Report Number N-II-HDSP-175-05-A," located in Attachment 6.

    2. Defendants shall produce to plaintiff, within ten days of this order, the document identified as Attachment 7 in defendants' September 1, 2006 "Notice of Submission Of Documents . . ." Defendants shall redact the following from this document: paragraphs 6-8 and 11 appearing on page 3; all of page 4 except paragraph 12 (heading and one line referencing Oleoresin Capsicum) and paragraph 13. a.; paragraphs 13. 1. and 14. b.-c. appearing on page 5; and paragraph 15. g. appearing on page 6 and everything thereafter.

    3. Plaintiff shall not divulge the contents of any of these documents except to: (a) the court, court personnel and stenographic reporters engaged in proceedings as are directly related to preparation for trial in this action; and (b) witnesses during or in preparation for a deposition taken in this matter or otherwise during the preparation for trial and trial.

    4. If either party wishes to file any of the documents covered by this order, or portions thereof, and the party seeking such filing believes in good faith that the documents, or portions thereof, should be filed under seal, the filing party shall request filing under seal as provided by Local Rule 39-141.

    5. Plaintiff shall not make copies of the confidential material produced as ordered above except as necessary for purposes of this litigation.

    6. Within thirty days of conclusion of this action, plaintiff shall ensure that the original documents and all photocopies of the records and information disclosed as directed by this order are destroyed or returned to the Office of the Attorney General.

    7. When plaintiff returns or destroys the confidential material, he shall provide defendants' counsel with a declaration stating that all material covered by this order has been returned or destroyed.

/////

8. The provisions of this order shall remain in full force and effect until further order of this court.

DATED: October 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/jg
walk1671.icr