IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL WALKER,

    Plaintiff,                      No. CIV S-04-1671 GEB KJM P

    vs.

K. CLEMENT, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has filed a motion in which he seeks issuance of a "criminal certification." There is no such thing. Plaintiff's motion is frivolous and will be denied. If plaintiff continues to file frivolous motions he will be sanctioned, possibly with dismissal.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's January 17, 2007 "motion for issuance of criminal certification" is denied.

DATED: January 24, 2007.

                                      _____
                                      U.S. MAGISTRATE JUDGE

1/walk1671.frv