FILED

MAY 3 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL WALKER,

        Plaintiff,         No. CIV S-04-1671 GEB KJM P

    vs.

K. CLEMENT, et al.,

        Defendants.       ORDER
_____/

        On January 17, 2007, plaintiff submitted a document titled "Notice of Submission of Documents Filed Under Seal . . ." Certain documents were attached to the "notice." However, plaintiff did not file a motion requesting that any documents be filed under seal or otherwise comply with Local Rule 39-141. The court will order that the documents submitted by plaintiff on January 17, 2007 be returned to him.

/////
/////
/////
/////
/////
/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that the documents
2  submitted to the court by plaintiff on January 17, 2007 shall be returned to plaintiff by the clerk
3  of the court.
4  DATED: 5/29/07

_____
UNITED STATES MAGISTRATE JUDGE

1
walk1671.sea