IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL WALKER,

    Plaintiff,                      No. CIV S-04-1671 GEB KJM P

    vs.

K. CLEMENT, et al.,

    Defendants.                ORDER

_____/

        Plaintiff has requested an extension of time to file and serve objections to the court's August 6, 2007 findings and recommendations. Good cause appearing, plaintiff's request will be granted.

        Plaintiff also asks that the court order the warden at his current place of incarceration to release to plaintiff his legal materials that were confiscated from plaintiff before his recent prison transfer. Good cause appearing, plaintiff's request will be granted and the warden at plaintiff's place of incarceration will be ordered to provide plaintiff with any of plaintiff's legal materials pertinent to this case. In light of the foregoing, plaintiff will be granted until September 16, 2007 to comply with the portion of the court's August 6, 2007 order relating to plaintiff's obligation to turn over certain documents to counsel for defendants.

/////

1  Finally, plaintiff asks that the court have a telephonic conference with plaintiff
2  and counsel for defendants.  Plaintiff has not demonstrated that such a conference is warranted.
3  His request will be denied.
4  Accordingly, IT IS HEREBY ORDERED that:
5  1.  Plaintiff's August 17, 2007 motion for an extension of time is granted as
6  follows.
7  2.  Plaintiff is granted until September 16, 2007 to file objections to the court's
8  August 6, 2007 findings and recommendations.
9  3.  Plaintiff's request that the court order the warden at plaintiff's prison to return
10 certain legal materials is granted.  Within five days of this order, the warden at California State
11 Prison, Corcoran shall provide plaintiff with all of his materials pertinent to this case.
12 4.  Plaintiff shall comply with the portion of the court's August 6, 2007 order
13 relating to plaintiff's obligation to turn over certain documents to counsel for defendants by
14 September 16, 2007.
15 5.  Plaintiff's request that the court hold a telephonic conference is denied.
16 6.  The clerk of the court is directed to serve a copy of this order upon the warden
17 of California State Prison Corcoran.
18 DATED:  August 31, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp
walk1671.36